UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BRYAN GLYNN** : | |
| : | |
| **Plaintiff,** : | CIV. ACTION #  4:17-CV-880-ALM-KPJ |
| : | |
| vs. : | |
| : | |
| **ESM CIGARS, LLC d/b/a CIGAR** : | **JURY DEMANDED** |
| **WAREHOUSE** : | |
| : | |
| **Defendant** : | |
| : | |

**PLAINTIFF'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Pursuant to the Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiff hereby notifies that Court that all Defendants have answered, and that there are no motions pending.

Dated this 19th Day of January, 2018

**LAW OFFICE OF BUCK MCKINNEY, PC**

/s/ R. Buck McKinney
R. Buck McKinney
State Bar No. 00784572
408 W. 11th St., Fifth Floor
Austin, Texas 78701
Telephone:  512/236-0150
Fax:  512/444-1879
*mckinney@buckmckinney.com*
ATTORNEY FOR PLAINTIFF BRYAN GLYNN

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared in this action.

/s/ R. Buck McKinney