## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **BRYAN GLYNN** | § | |
| | § | |
| **Plaintiff**, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-880 |
| | § | |
| **ESM CIGARS, LLC d/b/a CIGAR WAREHOUSE** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT ESM CIGARS, LLC d/b/a CIGAR WAREHOUSE'S
### NOTICE OF SERVICE OF DISCLOSURE INFORMATION

To: All Counsel of Record

Pursuant to Local Rule CV-26(c), notice is hereby given that, on the date entered below, Defendant ESM Cigars, LLC d/b/a Cigar Warehouse disclosed to Plaintiff the information required by Fed. R. Civ. P. 26(a)(1).

This 2nd day of March, 2018.

                                                    Respectfully submitted,

By:   /s/ Robert L. Knebel, Jr.
         Robert L. Knebel, Jr.
         State Bar No. 11589500
         Fernandez LLP
         2515 McKinney Avenue, Suite 920
         Dallas, Texas 75201
         (214) 231-2700
         (214) 999-1279 (facsimile)

         **ATTORNEYS FOR ESM CIGARS, LLC**
         **D/B/A CIGAR WAREHOUSE**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 2nd day of March ,2018 all counsel of record are being served with a copy of this document through the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                                              /s/ Robert L. Knebel, Jr.
                                              Robert L. Knebel, Jr.